UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:17-cv-20062-SCOLA

GUCCI AMERICA, INC., a
New York corporation

     Plaintiff,

vs.

EVERGREEN GROUP USA, INC., an
inactive Florida corporation,
WALGATE FOOTWEAR, INC., a Florida corporation
and HAIJIAN MA a/k/a MARK MA
         Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Gucci America, Inc. ("Plaintiff" or "Gucci") and Defendants, Evergreen Group USA, Inc., Walgate Footwear, Inc. and Haijian Ma a/k/a Mark Ma (collectively, the "Defendants"), by and through their undersigned counsel, hereby give notice that the parties have reached a settlement in principle as to all claims in this matter.  The parties anticipate finalizing their settlement agreement and submitting the necessary documents to close this action within the next twenty (20) days.

DATED: February 9, 2017.         Respectfully submitted,

                                            STEPHEN M. GAFFIGAN, P.A.

                                            By: _____*s:/Stephen M. Gaffigan*_____
                                            Stephen M. Gaffigan (Fla. Bar No. 025844)
                                            401 East Las Olas Blvd., Suite 130-453
                                            Ft. Lauderdale, Florida 33301
                                            Telephone: (954) 767-4819
                                            Facsimile: (954) 767-4821
                                            E-mail: Stephen@smgpa.net
                                            Attorneys for Plaintiff,

JO-JEAN PANTON FIGUEIRA, P.A.

By:*s:/Jo-Jean Panton Figueira*
Jo-Jean Panton Figueira (Fla. Bar No. 0095133)
2920 N.W. 29th Avenue
Boca Raton, FL 33434
Telephone: (561) 900-5260
E-mail:  jpantonfigueira@gmail.com
Attorneys for Defendants

2